**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Porter Road Butcher Meat Co., LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2486634** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **117 Masonic Drive** <br> **Princeton, KY 42445** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Caldwell** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | __See Attachment__ | Relationship | _____ |
|--------|--------------------|--------------|------------|
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**
 MM / DD / YYYY

**X /s/ Chris Carter**                                                                 **Chris Carter**
Signature of authorized representative of debtor                        Printed name

Title   **Co-Founder**

**18. Signature of attorney**

**X /s/ R. Alex Payne**                                              Date   **March 17, 2025**
Signature of attorney for debtor                                               MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone   **629 777 6529**        Email address   **alex@dhnashville.com**

**031387 TN**
Bar number and State

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number (*if known*) _____     Chapter **11**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Local Eateries, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **Middle District of Tennessee** | When | **3/17/25** | Case number, if known | | **3:25-bk-01131** |
| Debtor | **Local Eateries, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Middle District of Tennessee** | When | **3/17/25** | Case number, if known | | **3:25-bk-01132** |

**Fill in this information to identify the case:**

Debtor name    **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**     X **/s/ Chris Carter**
                                         Signature of individual signing on behalf of debtor

                                         **Chris Carter**
                                         Printed name

                                         **Co-Founder**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Porter Road Butcher Meat Co., LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Caldwell County Sheriff c/o Office of the County Attorney 100 E. Market Street Princeton, KY 42445** | | **Property taxes - 2023 & 2024** | | | | $7,612.36 |
| **Corporation Service Company PO Box 2576 Springfield, IL 62708** | | **UCC Doc. No. 434949986: Marshall Forklift Group Level Dock Ramp M35000** | | $23,765.00 | $12,500.00 | $11,265.00 |
| **CSC Leasing Company 6802 Paragon Place Suite 350 Richmond, VA 23250** | | | | | | $48,701.91 |
| **Fortner Gas Company PO Box 312 Princeton, KY 42445** | | | | | | $207.44 |
| **Landmark Financial Corporation 5600 Greenwood Plaza Blvd., Ste 350 Englewood, CO 80111** | | **UCC Doc. No. 433743341: 40' Reef Container - Pac-Van SFQ-600426** | | $15,370.00 | $0.00 | $15,370.00 |
| **Manufactured Networks, Inc. 10000 Washington Blvd., 6th Floor Culver City, CA 90232** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $4,694,325.18 |
| **PIRS Capital, LLC 1688 Meridian Ave, Ste 700 Miami Beach, FL 33139** | | **UCC Doc. No. U2025004599** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $480,000.00 |

| Debtor | **Porter Road Butcher Meat Co., LLC** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Princeton Plant Board 304 East Legion Drive Princeton, KY 42445** | | | | | | **$7,727.28** |
| **RDM Capital Funding, LLC DBA FinTap 777 Passaic Ave, Ste 375 Clifton, NJ 07012** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$145,262.00** |
| **Ryder Transportation Services 11690 NW 105th Street Miami, FL 33178** | | | | | | **$12,429.20** |
| **TN Department of Revenue 500 Deaderick Street Nashville, TN 37242** | | | | | | **$36,852.16** |

Debtor name    **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................    $     **400,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................    $     **322,315.71**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................    $     **722,315.71**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **349,430.42**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **44,464.52**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **5,388,653.01**

4.    **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b    $     **5,782,547.95**

Fill in this information to identify the case:

Debtor name      **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)*

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Southern National Bank** | **Checking** | **4014** | **$90,315.71** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                                  **$90,315.71**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Princeton Plant Board utility security deposit** | **$5,000.00** |
| --- | --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                  **$5,000.00**

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attached list** | **$0.00** | | **$3,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**ADT Security Services: 2 ethernet control panels; expansion chassis; 2 daughter boards; control cables, access cards and buttons, 22" monitor, wall mounts, camera, domes, keypad reader, sensors, zone expanders.** | **$0.00** | | **$20,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | **$23,000.00** |
|---|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
            ■ No
            ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **16' Diesel Reefer truck - subject to Ryder lease** | $0.00 | | $30,000.00 |
| 47.2.    **2022 26' T/A Diesel Reefer Van - subject to Ryder lease** | $0.00 | | $50,000.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2015 CAT 2ET4000 CAT Forklift (S/N: FN489886)** | $0.00 | | $17,000.00 |
| **Automatic Burger Patty Line and accessories; Industrial mixer mincer with stand; Double Cut Housing for 3200** | $0.00 | | $1,500.00 |
| **Cut line - new conveyor, control cabinet, and work stations** | $0.00 | | $25,000.00 |
| **Caterpillar 2P3000 LPG Pneumatic Forklift S/N AT3440254** | $0.00 | | $10,000.00 |
| **Toyota Forklift** | $0.00 | | $3,000.00 |
| **Marshall Forklift Group Level Dock Ramp M35000** | $0.00 | | $12,500.00 |
| **2 Reefer 40SC Storage Containers** | $0.00 | | $20,000.00 |

| | | |
|---|---|---|
| **Transfer conveyor, pallet racking, case sealer, control cabinet** | $0.00 | $7,000.00 |
| **Straddle stacker** | $0.00 | $7,000.00 |
| **Pallet rack upright** | $0.00 | $9,000.00 |
| **2 bandsaws 230V S/N MK6M21011, MK6M21A032 and shipping equipment** | $0.00 | $12,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $204,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1402 Hopkinsville Street, Princeton, KY 42445, to include trailer on property** | | $0.00 | | $400,000.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   $400,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

◼ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

◼ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Porter Road Butcher Meat Co., LLC** _____ Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $90,315.71 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $5,000.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $23,000.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $204,000.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.......................................................> | | $400,000.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $322,315.71 | + 91b. $400,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $722,315.71 |

Schedule A

## 39. Office furniture

| QTY | DESCRIPTION |
|---|---|
| | Reception Office |
| 1 | NDI Executive High Back Swivel - Mesh - Blk (7701) - EA |
| 4 | NDI Guest Chair w/ arms - Blk (XSL21102) - EA |
| 1 | NDI Side Table 24" x 24" - Espresso Finish (PL220) - EA |
| 1 | NDI Reception L-Desk consisting of; PL169NTT 71" x 30" x 42" Desk, Right Return PL180 42" x 24" x 42", PL166 Box/Box/File Ped, PL175 File/File Ped - Espresso Finish - EA |
| | HR Office |
| 1 | NDI Executive High Back Swivel - Mesh - Blk (7701) - EA |
| 4 | NDI Agenda Nesting Chairs (3294T) Titanium Frame w/ Arms & Flip Seat - Blk Fabric - EA |
| 1 | Used 4 Dr Lateral File - FIREPROOF -Putty - EA |
| 2 | NDI U Leg Training Table 48" x 24" x 30" - Espresso Top / Silver Legs - EA |
| 1 | NDI L Desk consisting of; PL102 66" x 30" Desk, Left Return PL145 48" x 24", PL166 Box/Box/File Ped, PL175 File/File Ped - Espresso Finish - EA |
| | Conference Room |
| 1 | NDI 12' Boat Shape Conference Table with 3 Power Modules & Wire Management Racks - Elliptical Base - Espresso Finish - EA |
| 1 | NDI Storage Cabinet w/ 1 adjustable shelf 35.5" x 22" x 29" Espresso Finish - EA |
| 1 | NDI Bookcase PL168 66"H - Espresso Finish - EA |
| 1 | NDI Elements Table 48" x 24" x 41" Espresso Top with Silver U Legs - EA |
| 1 | NDI Single Desk PL102 66" x 30", PL166 Box/Box/File Ped, PL175 File/File Ped Espresso Finish - EA |
| 1 | NDI L Desk consisting of; PL102 66" x 30" Desk, Left Return PL196 42" x 24", PL166 Box/Box/File, PL175 File/File Ped. Espresso Finish - EA |
| | Outside Break Area |
| 1 | Smoking Pole Blk - EA |
| 2 | Aluminum Charcoal Weather Resistant 35 Gal Trash Can - EA |
| 1 | Picnic Table 46"R Outside Steel - Blk - EA |
| 4 | Locker Bench Hardwood Top w/ Steel Tube Pedestals, Bolt Down 72" x 9 1/2 x 17 - EA |
| 8 | Office Trash Cans Blk 7 Gal - EA |
| 1 | Delivery, Assembly, & Installation |

| | |
|---|---|
| 10 | Boss High Back Swivel Conference Chair B8401 - Blk - EA |
| 1 | NDI Buffet Credenza 71"W (PL110 & 2 PL1152) - Espresso Finish - EA |
| | Large Community Office |
| 6 | NDI Executive High Back Swivel - Mesh - Blk (7701) - EA |
| 2 | NDI Bookcase PL168 66"H - Espresso Finish - EA |
| 2 | NDI L Desk consisting of; PL102 66" x 30" Desk, Left & Right Return PL145 48" x 24", PL166 Box/Box/File Ped, PL175 File/File Ped. Espresso Finish - EA |
| 1 | NDI Elements Work Station with (4) 60" x 30" Tables, (4) Mobile Ped Box/File, (3) 30" Panel, (3) 54" Panel. Espresso Tops with Silver Legs & Silver Peds. - EA |
| | Compliance Office |
| 1 | NDI Executive High Back Swivel - Mesh - Blk (7701) - EA |
| 2 | NDI Guest Chair w/ arms - Blk (XSL21102) - EA |
| 1 | NDI Bookcase PL168 66"H - Espresso Finish - EA |
| 1 | NDI L Desk consisting of; PL102 66" x 30" Desk, PL192 Left Return 35" x 24", PL166 Box/Box/File, PL175 File/File Ped. Espresso Finish - EA |
| | USDA Office |
| 1 | NDI Executive High Back Swivel - Mesh - Blk (7701) - EA |
| 1 | NDI Single Desk PL103 60" x 30" (2) PL107 Box/File Hanging Peds - Espresso Finish - EA |
| 1 | Used 4 Dr Letter Size File Cabinet - FIREPROOD - Putty - EA |
| | Break Room |
| 20 | NDI Cafe Seating - Plastic no arms - 3080 Blk - EA |
| 3 | NDI Square Break Table 42" x 42" Espresso Top with Silver X Base - EA |
| 1 | NDI Rectangle Break Table 120" x 48" Espresso Top with Silver U Legs - EA |
| 2 | Safco Recycling Center SAF9798BL 28 Gal Blk - EA |
| 3 | Safco Outside Trash Cans SAF9371BL 32 Gal. - EA |
| | Receiving Area |
| 1 | Lorell Mobile Work Station - Metal Blk LLR18239 - EA |
| | Double Office |
| 2 | NDI Executive High Back Swivel - Mesh - Blk (7701) - EA |

| Fill in this information to identify the case: |
|---|

Debtor name __**Porter Road Butcher Meat Co., LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **Asset Recovery Group, LLC** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$10,295.42** | **$400,000.00** |

**PO Box 869**
**Murray, KY 42071**

Creditor's mailing address

**1402 Hopkinsville Street, Princeton, KY 42445, to include trailer on property**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Asset Recovery Group, LLC**
**2. Chris Roach**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **Chris Roach** | **Describe debtor's property that is subject to a lien** | **$300,000.00** | **$400,000.00** |
|---|---|---|---|---|

Creditor's Name

**1780 46th Ave**
**Capitola, CA 95010**

Creditor's mailing address

**1402 Hopkinsville Street, Princeton, KY 42445, to include trailer on property; UCC Doc. No. U2025003459 - blanket lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | **Porter Road Butcher Meat Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Corporation Service Company**

Creditor's Name

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**UCC Doc. No. 434949986: Marshall Forklift Group Level Dock Ramp M35000**

$23,765.00    $12,500.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Landmark Financial Corporation**

Creditor's Name

**5600 Greenwood Plaza Blvd., Ste 350
Englewood, CO 80111**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**UCC Doc. No. 433743341: 40' Reef Container - Pac-Van SFQ-600426**

$15,370.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** **Sertant Capital, LLC**

Creditor's Name

**620 Newport Center Drive, Suite 1450
Newport Beach, CA 92660**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**UCC Doc. No. 2013-3153374-31.01: Cut line - new conveyor, control cabinet, and work stations**

$0.00    $25,000.00

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Wells Fargo Equipment Finance** | | $0.00 | $17,000.00 |

Creditor's Name

**800 Walnut Street, 4th Floor**
**Des Moines, IA 50309**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Doc. No. 434366716: 2015 CAT 2ET4000**
**CAT Forklift S/N: FN489886**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$349,430.42**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.5** | |
| **CSC Leasing Company**<br>**6802 Paragon Place, Suite 350**<br>**Richmond, VA 23230** | Line **2.3** | |

| Debtor | **Porter Road Butcher Meat Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Dot Captial Investments, LLC**<br>**c/o Justin H. Ramey**<br>**705C South 4th Street, PO Box 749**<br>**Murray, KY 42071** | Line **2.1** | |
| **Exo Legal PLLC**<br>**PO Box 121616**<br>**Nashville, TN 37212** | Line **2.2** | |
| **Leaf Capital Funding, LLC**<br>**2005 Market St., 14th Floor**<br>**Philadelphia, PA 19103** | Line **2.5** | |
| **Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.4** | |

Debtor name **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $7,612.36 | $0.00 |

| | |
|---|---|
| **Caldwell County Sheriff**<br>**c/o Office of the County Attorney**<br>**100 E. Market Street**<br>**Princeton, KY 42445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Property taxes - 2023 & 2024** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|   |   | | |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | $36,852.16 | $0.00 |

| | |
|---|---|
| **TN Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

53196

| Debtor | Porter Road Butcher Meat Co., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,701.91 |
|---|---|---|---|

**CSC Leasing Company**
**6802 Paragon Place**
**Suite 350**
**Richmond, VA 23250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.44 |
|---|---|---|---|

**Fortner Gas Company**
**PO Box 312**
**Princeton, KY 42445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,694,325.18 |
|---|---|---|---|

**Manufactured Networks, Inc.**
**10000 Washington Blvd., 6th Floor**
**Culver City, CA 90232**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480,000.00 |
|---|---|---|---|

**PIRS Capital, LLC**
**1688 Meridian Ave, Ste 700**
**Miami Beach, FL 33139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **UCC Doc. No. U2025004599**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,727.28 |
|---|---|---|---|

**Princeton Plant Board**
**304 East Legion Drive**
**Princeton, KY 42445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Princeton Water & Sewer**
**PO Box 231**
**Princeton, KY 42445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,262.00 |
|---|---|---|---|

**RDM Capital Funding, LLC**
**DBA FinTap**
**777 Passaic Ave, Ste 375**
**Clifton, NJ 07012**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | Porter Road Butcher Meat Co., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,429.20 |
|---|---|---|---|

**Ryder Transportation Services**
**11690 NW 105th Street**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alternative Funding Group**<br>**PIRS Capital LLC**<br>**1688 Meridian Ave, Ste 700**<br>**Miami Beach, FL 33139** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **AMA Recovery Group**<br>**3131 Eastside St, Ste 435**<br>**Houston, TX 77098** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brad Hall**<br>**3131 Eastside Street, Suite 435**<br>**Houston, TX 77098** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Ekrem Hajra**<br>**Advanced Recovery Group**<br>**30 Two Bridges Rd, Ste 100**<br>**Fairfield, NJ 07004** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **First Corporate Solutions**<br>**914 South Street**<br>**Sacramento, CA 95811** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Steven Kurtz**<br>**LAK&K, LLP**<br>**15303 Ventura Blvd, Ste 1650**<br>**Sherman Oaks, CA 91403** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 44,464.52 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,388,653.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,433,117.53 |

Debtor name **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2 leased vehicles: 16' Diesel Reefer and 26' T/A Diesel Reefer Van** | |
| | State the term remaining | **14 months** | **Ryder Transportation Services** |
| | List the contract number of any government contract | | **11690 NW 105th Street** **Miami, FL 33178** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment: Cut line - new conveyor, control cabinet, and work stations** | |
| | State the term remaining | **16 months** | **Sertant Capital, LLC** |
| | List the contract number of any government contract | | **620 Newport Center Drive, Suite 1450** **Newport Beach, CA 92660** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2015 CAT 2ET4000 CAT Forklift S/N: FN489886** | |
| | State the term remaining | | **Wells Fargo Equipment Finance** |
| | List the contract number of any government contract | | **800 Walnut Street, 4th Floor** **Des Moines, IA 50309** |

Debtor name  **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chris Carter** | **106 Jackson Lane Hendersonville, TN 37075** | **PIRS Capital, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.2 | **Chris Carter** | **106 Jackson Lane Hendersonville, TN 37075** | **RDM Capital Funding, LLC** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.3 | **James Peisker** | **2219 N Monticello Ave Chicago, IL 60647** | **PIRS Capital, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.4 | **James Peisker** | **2219 N Monticello Ave Chicago, IL 60647** | **RDM Capital Funding, LLC** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.5 | **Local Eateries, Inc.** | **PO Box 281435 Nashville, TN 37228** | **CSC Leasing Company** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Local Eateries, Inc.** | **PO Box 281435** **Nashville, TN 37228** | **Manufactured Networks, Inc.** | ☐ D _____ ■ E/F _**3.3**_ ☐ G _____ |
| 2.7 | **Local Eateries, Inc.** | **PO Box 281435** **Nashville, TN 37228** | **PIRS Capital, LLC** | ☐ D _____ ■ E/F _**3.4**_ ☐ G _____ |
| 2.8 | **Local Eateries, Inc.** | **PO Box 281435** **Nashville, TN 37228** | **Chris Roach** | ■ D _**2.2**_ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Local Eateries, Inc.** | **PO Box 281435** **Nashville, TN 37228** | **RDM Capital Funding, LLC** | ☐ D _____ ■ E/F _**3.7**_ ☐ G _____ |
| 2.10 | **Local Eateries, LLC** | **501 Gallatin Road** **Nashville, TN 37206** | **Manufactured Networks, Inc.** | ☐ D _____ ■ E/F _**3.3**_ ☐ G _____ |
| 2.11 | **Local Eateries, LLC** | **501 Gallatin Road** **Nashville, TN 37206** | **PIRS Capital, LLC** | ☐ D _____ ■ E/F _**3.4**_ ☐ G _____ |
| 2.12 | **Local Eateries, LLC** | **501 Gallatin Road** **Nashville, TN 37206** | **Chris Roach** | ■ D _**2.2**_ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Local Eateries, LLC** | **501 Gallatin Road** **Nashville, TN 37206** | **RDM Capital Funding, LLC** | ☐ D _____ ■ E/F _**3.7**_ ☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

Debtor name    **Porter Road Butcher Meat Co., LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| | | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Princeton Plant Board**<br>**304 East Legion Drive**<br>**Princeton, KY 42445** | **December 2024-March 2025** | **$24,515.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Ryder Transportation Services**<br>**11690 NW 105th Street**<br>**Miami, FL 33178** | **December 2024-February 2025** | **$69,566.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ **None.**

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dot Capital Investments, LLC v. Porter Road Butcher Meat Co., LLC, et. al. 24-CI-00166** | **Civil** | **Caldwell County, Kentucky Circuit Court 100 E Market St #23 Princeton, KY 42445** | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ **None**

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ **None**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ **None**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd., Suite 316**<br>**Brentwood, TN 37027** | | **2025** | **$35,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Debtor | **Porter Road Butcher Meat Co., LLC** | Case number *(if known)* |
|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**March 17, 2025**___

**/s/ Chris Carter**
Signature of individual signing on behalf of the debtor

**Chris Carter**
Printed name

Position or relationship to debtor ___**Co-Founder**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Porter Road Butcher Meat Co., LLC**
Debtor(s)

Case No. _____
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **85,000.00** |
| Prior to the filing of this statement I have received | $ **0.00** |
| Balance Due | $ **85,000.00** |

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Debtor paid retainer shared with affiliate filings for Local Eateries, LLC and Local Eateries, Inc.**

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2025**
*Date*

**/s/ R. Alex Payne**
**R. Alex Payne**
*Signature of Attorney*
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529  Fax: 615 777 3765**
**alex@dhnashville.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Porter Road Butcher Meat Co., LLC**

Debtor(s)

Case No. _____

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Co-Founder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 17, 2025**

Signature **/s/ Chris Carter**

**Chris Carter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re   **Porter Road Butcher Meat Co., LLC**        Case No. _____

                           Debtor(s)        Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 17, 2025** _____        **/s/ Chris Carter** _____

                                          **Chris Carter**/**Co-Founder**
                                          Signer/Title

PORTER ROAD BUTCHER MEAT CO., LLC
117 MASONIC DRIVE
PRINCETON KY 42445

R. ALEX PAYNE
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

ALTERNATIVE FUNDING GROUP
PIRS CAPITAL LLC
1688 MERIDIAN AVE, STE 700
MIAMI BEACH FL 33139

AMA RECOVERY GROUP
3131 EASTSIDE ST, STE 435
HOUSTON TX 77098

ASSET RECOVERY GROUP, LLC
PO BOX 869
MURRAY KY 42071

BRAD HALL
3131 EASTSIDE STREET, SUITE 435
HOUSTON TX 77098

CALDWELL COUNTY SHERIFF
C/O OFFICE OF THE COUNTY ATTORNEY
100 E. MARKET STREET
PRINCETON KY 42445

CHRIS CARTER
106 JACKSON LANE
HENDERSONVILLE TN 37075

CHRIS ROACH
1780 46TH AVE
CAPITOLA CA 95010

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

CSC LEASING COMPANY
6802 PARAGON PLACE, SUITE 350
RICHMOND VA 23230

DOT CAPTIAL INVESTMENTS, LLC
C/O JUSTIN H. RAMEY
705C SOUTH 4TH STREET, PO BOX 749
MURRAY KY 42071

EKREM HAJRA
ADVANCED RECOVERY GROUP
30 TWO BRIDGES RD, STE 100
FAIRFIELD NJ 07004

EXO LEGAL PLLC
PO BOX 121616
NASHVILLE TN 37212

FIRST CORPORATE SOLUTIONS
914 SOUTH STREET
SACRAMENTO CA 95811

FORTNER GAS COMPANY
PO BOX 312
PRINCETON KY 42445

JAMES PEISKER
2219 N MONTICELLO AVE
CHICAGO IL 60647

LANDMARK FINANCIAL CORPORATION
5600 GREENWOOD PLAZA BLVD., STE 350
ENGLEWOOD CO 80111

LEAF CAPITAL FUNDING, LLC
2005 MARKET ST., 14TH FLOOR
PHILADELPHIA PA 19103

LIEN SOLUTIONS
P.O. BOX 29071
GLENDALE CA 91209-9071

LOCAL EATERIES, INC.
PO BOX 281435
NASHVILLE TN 37228

LOCAL EATERIES, LLC
501 GALLATIN ROAD
NASHVILLE TN 37206

MANUFACTURED NETWORKS, INC.
10000 WASHINGTON BLVD., 6TH FLOOR
CULVER CITY CA 90232

PIRS CAPITAL, LLC
1688 MERIDIAN AVE, STE 700
MIAMI BEACH FL 33139

PRINCETON PLANT BOARD
304 EAST LEGION DRIVE
PRINCETON KY 42445

PRINCETON WATER & SEWER
PO BOX 231
PRINCETON KY 42445

RDM CAPITAL FUNDING, LLC
DBA FINTAP
777 PASSAIC AVE, STE 375
CLIFTON NJ 07012

RYDER TRANSPORTATION SERVICES
11690 NW 105TH STREET
MIAMI FL 33178

SERTANT CAPITAL, LLC
620 NEWPORT CENTER DRIVE, SUITE 1450
NEWPORT BEACH CA 92660

STEVEN KURTZ
LAK&K, LLP
15303 VENTURA BLVD, STE 1650
SHERMAN OAKS CA 91403

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

WELLS FARGO EQUIPMENT FINANCE
800 WALNUT STREET, 4TH FLOOR
DES MOINES IA 50309

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Porter Road Butcher Meat Co., LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Porter Road Butcher Meat Co., LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 17, 2025**

Date

**/s/ R. Alex Payne**

**R. Alex Payne**

Signature of Attorney or Litigant

Counsel for   **Porter Road Butcher Meat Co., LLC**

**Dunham Hildebrand Payne Waldron, PLLC**

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529 Fax:615 777 3765**
**alex@dhnashville.com**